**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND**

IN RE:        DAVID ST. AMOUR                                    BK No: 12-10185
                                                                 CHAPTER 13

## OBJECTION TO ALLOWANCE OF CLAIM #2

    The Debtor, **David St. Amour,** hereby objects to claim #2 filed on behalf of American Home Mortgage Servicing in the amount of $214,520.29. In support of said objection, the Debtor states that the amount alledged due and owing on said claim is totally incorrect. Furthermore, the claim was not filed within the May 17, 2012 deadline established by the Court. Accordingly said claim is untimely.

    **WHEREFORE,** the Debtor prays that his objection to claim #2 filed on behalf of American Home Mortgage Servicing be sustained and that said Creditor receive no payments from the Chapter 13 Trustee.

                                     **David St. Amour
By his Attorney,**

                                     **/s/Christopher M. Lefebvre, #4019
P. O. Box 479
Pawtucket, RI 02862
(401)728-6060**

    WITHIN FOURTEEN (14) DAYS AFTER SERVICE AS EVIDENCE BY THE CERTIFICATION (TWENTY (20) DAYS FOR U.S. GOVERNMENT OFFICERS AND AGENCIES THEREOF), AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9069(f) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS PAPER WITH THE BANKRUPTCY COURT CLERK'S OFFICE, 380 WESTMINSTER MALL, 6TH FLOOR, PROVIDENCE, RI 02903, (401) 626-3100. IF NO OBJECTION OR OTHER RESPONSE IS TIMELY FILED WITHIN THE TIME ALLOWED HEREIN, THE PAPER WILL BE DEEMED UNOPPOSED AND WILL BE GRANTED UNLESS: (1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE:       DAVID ST. AMOUR                                           BK No: 12-10185
                                                                       CHAPTER 13

## CERTIFICATION OF SERVICE

      I hereby certify that on August 8, 2012, I electronically filed an Objection to Claim #2 with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The following participants have received notice electronically: Office of the U.S. Trustee, John Boyajian, Esq., and jrodgeryim@acdlaw.com; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants:

American Home Mortgage Servicing
PO Box 631730
Irving, TX 75063

          /s/Christopher M. Lefebvre