**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: David St. Amour | BK No. 1:12–bk–10185 |
| Debtor(s) | Chapter 13 |

### ORDER SUSTAINING MOTION/APPLICATION (doc# 19 ) BY RULE OF COURT

*Re: Objection to Claim #2 Claimant: American Home Mortgage Servicing
filed by debtor*

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with R.I. LBR 9013–2(a), it is **ORDERED** that the Motion/Application (doc.# 19 ) is hereby SUSTAINED .

*So Ordered:*
/s/ Judge William C. Hillman
U.S. Bankruptcy Judge of the District of Massachusetts
Sitting by Designation

Date: **8/28/12**

Entered on Docket: **8/28/12**
Document Number: **27 – 19**

101.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*