**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: David St. Amour | BK No. 1:12–bk–10185 |
| Debtor(s) | Chapter 13 |

### ORDER GRANTING MOTION (doc# 24 ) FOR RELIEF FROM STAY, filed by debtor

On 08/23/2012, Creditor David St. Amour filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d)(1), after filing proof of service herein, and there being no objection to the motion filed, it is hereby **ORDERED** that the Motion for Relief from the Automatic Stay is **GRANTED**, it is further **ORDERED** that the automatic stay instituted upon the filing of the petition for an order for relief by the debtor is terminated in that it shall not apply to any action by the above petitioning creditor to recover possession and dispose of its collateral; namely 8 E Quail Run, Charlestown RI 02813 .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **9/13/12**

Entered on Docket: **9/13/12**
Document Number: **29 – 24**

ogrelstay.jsp #115

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*