```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF RHODE ISLAND
```

IN RE:

    DAVID ST. AMOUR                                       BK-12-10185
         Debtor(s)                                     CHAPTER 13

## NOTICE OF CHAPTER 13 PLAN COMPLETION

The Chapter 13 trustee hereby certifies that the debtor has completed all payments under the confirmed Chapter 13 plan.

The debtor is not entitled to a discharge unless after filing a petition the debtor completes an instructional course concerning personal finance management as described in 11 U.S.C. §111.

```
                              /s/John Boyajian
                              John Boyajian
                              Boyajian, Harrington, Richardson &
                                Furness
                              182 Waterman Street
                              Providence, RI 02906
                              Tel:(401)273-9600
                              Fax:(401)273-9605
```

## CERTIFICATION

I hereby certify that a copy of the within Notice of Chapter 13 Completion was mailed, postage prepaid, to David St. Amour, 8E Quail Run, Charlestown, RI 02813 and electronically mailed to Christopher Lefebvre, Esq. at court@lefebvrelaw.com and Office of the U.S. Trustee at ustpregion01.pr.ecf@usdoj.gov on October 11, 2012.

                                          /s/Martha Hunt