# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re:  DAVID ST. AMOUR                                                                 Case No.: 12-10185

　　　　Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

John Boyajian, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  01/24/2012.
2)  The plan was confirmed on  03/21/2012.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5)  The case was completed on  08/28/2012.
6)  Number of months from filing or conversion to last payment:  7.
7)  Number of months case was pending:  9.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  NA.
10)  Amount of unsecured claims discharged without full payment:  26,281.66.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $5,026.46 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$5,026.46** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,031.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $100.53 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,131.53** |

Attorney fees paid and disclosed by debtor:        $469.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN HOME MORTG. SERVICING, | Secured | 215,677.00 | 41,578.30 | .00 | .00 | .00 |
| CHARLOTTE COUNTY TAX COLLECTOR | Priority | 335.00 | 335.83 | 335.83 | 335.83 | .00 |
| DISCOVER BANK/DFS SERVICES LLC | Unsecured | 7,847.58 | NA | NA | .00 | .00 |
| FLAGER COUNTY TAX COLLECTOR | Priority | 3,734.24 | 1,559.10 | 1,559.10 | 1,559.10 | .00 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re: DAVID ST. AMOUR

Debtor(s)

Case No.: 12-10185

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SALLIE MAE PC TRUST | Unsecured | 18,434.08 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 1,894.93 | 1,894.93 | .00 |
| **TOTAL PRIORITY:** | 1,894.93 | 1,894.93 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,131.53 |
| Disbursements to Creditors: | $1,894.93 |
| **TOTAL DISBURSEMENTS:** | $5,026.46 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/10/2012        By: /s/John Boyajian
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

    DAVID ST. AMOUR                    BK-12-10185
        Debtor                        CHAPTER 13

ADDENDUM TO CHAPTER 13 STANDING TRUSTEE'S
<u>FINAL REPORT AND ACCOUNT</u>

    To the Trustee's knowledge, there are no domestic support obligations due to be paid by the debtor.

<pre>
                              /s/John Boyajian
                              John Boyajian, Trustee
                              Boyajian, Harrington & Richardson
                              182 Waterman Street
                              Providence, RI 02906
                              (401) 273-9600
</pre>